FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES SMALL BUSINESS ADMINISTRATION, and JOVITA CARRANZA, in her official capacity as Administrator for the United States Small Business Administration,<br><br>　　　　　　　Appellants,<br><br>　v.<br><br>ASTRIA HEALTH; GLACIER CANYON, LLC; KITCHEN AND BATH FURNISHINGS, LLC; OXBOW SUMMIT, LLC; SHC HOLDCO, LLC; SHC MEDICAL CENTER – TOPPENISH; SHC MEDICAL CENTER – YAKIMA; SUNNYSIDE COMMUNITY HOSPITAL ASSOCIATION; SUNNYSIDE COMMUNITY HOSPITAL HOME MEDICAL SUPPLY, LLC; SUNNYSIDE HOME HEALTH; SUNNYSIDE PROFESSIONAL SERVICES, LLC; YAKIMA HOME CARE HOLDINGS, LLC; YAKIMA HMA HOME HEALTH , LLC,<br><br>　　　　　　　Appellees. | NO:  1:20-CV-3089-RMP<br>NO:  1:20-CV-3098-RMP<br><br><br>ORDER GRANTING MOTION TO CONSOLIDATE AND MOTION FOR LEAVE TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES |

ORDER GRANTING MOTION TO CONSOLIDATE AND MOTION FOR LEAVE TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES ~ 1

|   |   |
|---|---|
| ASTRIA HEALTH; SHC MEDICAL CENTER – TOPPENISH; and YAKIMA HMA HOME HEALTH, LLC,<br><br>                    Counter-Appellants,<br><br>     v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION; and JOVITA CARRANZA, in her official capacity as Administrator for the United States Small Business Administration,<br><br>                    Counter-Appellees. |   |

BEFORE THE COURT is a Motion to Consolidate Cases, ECF No. 7, by Counter-Appellants and Appellees Astria Health et al. in Case No. 1:20-cv-3098-RMP.  Astria Health et al. represent that Appellants and Counter-Appellees U.S. Small Business Administration et al. do not oppose consolidation.  ECF No. 7 at 3.

Having reviewed the pending motions and the remaining dockets, **IT IS HEREBY ORDERED** that:

1. Counter-Appellants Astria Health et al.'s Motion to Consolidate Cases, **ECF No. 7**, and accompanying Motion to Expedite, **ECF No. 8**, filed in case

number 1:20-cv-3098-RMP, are **GRANTED**, for good cause shown and pursuant to Fed. R. Bankr. P. 8003(b)(2).

2. The District Court Clerk is instructed to consolidate Case Nos. 1:20-cv-3089-RMP and 1:20-cv-3098-RMP. All future filings for these consolidated actions shall be made under Case No. 1:20-cv-3098-RMP. The file for Case No. 1:20-cv-3089-RMP shall be **closed**.

3. In addition, the currently pending Motion for Leave to File Designation of Record and Statement of Issues, **ECF No. 11**, and accompanying Motion to Expedite, **ECF No. 12**, by Appellants U.S. Small Business Administration et al. in Case No. 1:20-cv-3089-RMP are **GRANTED**, for good cause shown.

4. Appellants U.S. Small Business Administration et al. **shall refile** their Designation of Record on Appeal and Statement of the Issues to Be Presented, at ECF No. 11-1, as a separate docket entry **within seven days**. Counter-Appellants and Appellees Astria Health et al. shall file any designation of additional items to be included in the record and any statement of the issues to be presented on the cross-appeal **within fourteen days** after the Designation on Appeal and Statement of the Issues to Be Presented is filed. *See* Fed. R. Bankr. P. 8009.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** July 27, 2020.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      United States District Judge

ORDER GRANTING MOTION TO CONSOLIDATE AND MOTION FOR LEAVE TO FILE DESIGNATION OF RECORD AND STATEMENT OF ISSUES ~ 3