AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 09, 2022**

SEAN F. McAVOY, CLERK

ASTRIA HEALTH, et al.,

*Appellees/Counter-Appellants*

v.

UNITED STATES SMALL BUSINESS ADMINISTRATION; and JOVITA CARRANZA, in her official capacity as Administrator for the United States Small Business Administration,

*Appellants/Counter-Appellees*

Civil Action No. 1:20-CV-3098-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The consolidated appeals are DISMISSED. Judgment is entered in favor of Debtors/Appellees, Astria Health, SHC Medical Center-Toppenish, doing business as Astria Toppenish Hospital, both Washington nonprofit corporations under 26 U.S.C. § 501(c)(3); Yakima HMA Home Health LLC, a Washington corporation doing business as Astria Home Health & Hospice-Yakima, and affiliated entities Glacier Canyon, LLC; Kitchen and Bath Furnishing, LLC; Oxbow Summit, LLC; SHC Holdco, LLC; Sunnyside Community Hospital Association; Sunnyside Community Hospital Home Medical Supply, LLC; Sunnyside Home Health; Sunnyside Professional Services, LLC; and Yakima Home Care Holdings, LLC on the basis that these appeals are equitably moot.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Rosanna Malouf Peterson

Date: 3/9/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams
*(By) Deputy Clerk*

Lee Reams